FILED
2008 Jan-22  PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **BESSIE M. NOBLE and LATORIA NOBLE,**  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>**WILSON CONSOLIDATIONS SERVICES, INC.; BILL JOHNSON; and NICK SANTORO,**  )<br>)<br>Defendants.  ) | Civil Action Number<br>**5:07-cv-1784-UWC** |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW
### ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This Court makes the following findings of fact:

1. Plaintiffs Bessie M. Noble and Latoria Noble properly filed their Complaint in this action on September 28, 2007, asserting claims under the Fair Debt Collection Practices Act. 15 U.S.C. § 1692, *et seq*., as well as under Alabama law for invasion of privacy.

2. Defendant Wilson Consolidations Services, Incorporated was properly served with the Summons and Complaint in this action.

3. Defendant Wilson Consolidations Services, Incorporated has failed to answer or otherwise plead to the Complaint within the period of time fixed by law.

4. Plaintiffs filed a motion for entry of default against Wilson Consolidations Services, Incorporated and the Clerk of the Court has entered default against said defendant.

5. Wilson Consolidations Services, Incorporated is not an incompetent, infant, or member of the United States Armed Services.

Based on these findings, Bessie M. Noble and Latoria Noble are entitled to judgment as a matter of law.

By separate order, Plaintiff's Motion for Default Judgment and for Damages will be GRANTED.

Done this 22nd day of January, 2008.

 

_____
U.W. Clemon
United States District Judge